998 A.2d 574

Bryan A. **RHODES,** Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.

No. 39 EM 2010.

Supreme Court of Pennsylvania.

July 13, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of July, 2010, the Petition for Review is **DENIED.**